AO 91 (Rev. 11/11) Criminal Complaint

US MAGISTRATE COURT
GRG-SDTX
FILED
MAY - 4 2015
David J. Bradley, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
for the
Southern

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael GALVAN | ) FPD | Case No. 515mj556 |
| | ) | |
| | ) DET/PLE | |
| | ) 5/17/15 | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _5/2/2015_ in the county of _Webb_ in the Southern District of _Texas_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Sec. 841 (a)(1) and 846 | Knowingly and unlawfully possess with the intent to distribute a controlled substance, listed under Schedule I of the Controlled Substance Act, to wit; approximately 94.2 kilograms of marijuana. |

This criminal complaint is based on these facts:
See Attached.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Ryan Baker
Printed name and title

Sworn to before me and signed in my presence.

Date: 5/4/2015

_____
Judge's signature

City and state: Laredo, Texas

U.S. Magistrate Guillermo R. Garcia
Printed name and title

On May 2, 2015, at approximately 6:15 p.m., a white 2007 Ford F-150 approached the U.S. Border Patrol (USBP) IH-35 Checkpoint, located north of Laredo, Texas. As a USBP Agent conducted an immigration inspection of the driver and sole occupant of the vehicle, who was later identified as Michael GALVAN, a USBP K-9 alerted to the presence of contraband and/or concealed people in the vehicle. The USBP Agent conducting the immigration inspection sent the vehicle to the secondary inspection area. Upon further inspection of the vehicle, the USBP K-9 handler located several bundles, wrapped in cellophane, inside the tool box of the vehicle. USBP Agents found a total of 9 bundles of marijuana weighing approximately 94.2 kilograms.

DEA Agents responded to the USBP IH-35 Checkpoint and conducted the follow up investigation. DEA Agents advised GALVAN of his Miranda Rights and GALVAN stated he understood and was willing to answer questions. GALVAN stated that he knew he was transporting narcotics in the vehicle, but did not know how much or what type. GALVAN stated earlier in the day, he had left the truck at a gas station near Zapata Highway, in Laredo, Texas, in order to be loaded with narcotics. Once he returned to the truck, he attempted to drive it to Cotulla, Texas, to deliver the narcotics, but he was stopped at the USBP Checkpoint. GALVAN stated he was to be paid $3,000 dollars to transport the narcotics.

GALVAN was placed under arrest and charged with knowingly and unlawfully conspiring to possess with the intent to distribute a controlled substance, listed under Schedule I of the Controlled Substance Act, to wit; approximately 94.2 kilograms of marijuana.